FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

10 JUN 25 PM 3:08

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.   Case No. 8:10-CR-258-T-33AEP

JOHN W. LEBRON
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*. Pursuant to 28 U.S.C. § 455(a), I find it necessary to disqualify myself from any further proceedings in this case because while employed by the United States Attorney's Office for the Middle District of Florida, I was the assigned government attorney in a prosecution against Mr. Lebron in Case No. 8:05-CR-75-T-17EAJ. The Clerk is directed to reassign this case to another magistrate judge.

IT IS SO ORDERED at Tampa, Florida on June 25, 2010.

ANTHONY E. PORCELLI
United States Magistrate Judge